TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00611-CV







Recor, Inc., a/k/a Rehabilitation and Corrections Corporation, Appellant



v.



Micro Media Solutions, Inc. d/b/a Media Solutions, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT


NO. 94-06199, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING







PER CURIAM



 Appellee Micro Media Solutions, Inc. d/b/a Media Solution has filed a motion for
involuntary dismissal of this appeal. The motion is granted. Tex. R. App. P. 60(a)(1).

 The appeal is dismissed on appellee's motion.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Appellee's Motion

Filed: May 10, 1995

Do Not Publish